FILED

01/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JAN 0 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
DAVID M.S. DEWHIRST

O R D E R

David M.S. Dewhirst has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. Dewhirst has also filed a petition requesting provisional admission pending the completion of the admission process.

By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Dewhirst passed the MPRE in 2014 when seeking admission to the practice of law in the State of Washington, where he was admitted. The petition indicates that, since then, Dewhirst has actively practiced law and has not "faced any disciplinary or ethical issues." We conclude good cause supports the request.

Dewhirst also seeks provisional, or temporary, admission to the State Bar of Montana pending completion of the admission on motion process. Dewhirst has been hired as Solicitor General for the Attorney General elected in November, and faces "numerous legal matters the Attorney General has inherited that require immediate attention," including matters pending before the Supreme Court of the United States, this Court, and other appellate courts. Upon issuance of this order granting his requested waiver of the MPRE, Dewhirst states he will have one remaining requirement to satisfy for admission, that being completion of his character and fitness report from the National Council of Board Examiners, which he states could take "weeks."[1] Dewhirst has worked as a senior

---

[1] Dewhirst explains he will take the Montana Law Seminar by video, which will remain a requirement for his admission on motion.

counsel and deputy general counsel with the United States Department of Commerce, a law clerk with the United States Court of Appeals for the Ninth Circuit, and as an in-house counsel and public interest litigator in the State of Washington. Given the time constraints imposed by the election and commencement of a new administration, and the urgency of the pending serious matters regarding the State of Montana, we conclude good cause supports the request for granting of temporary admission for the time necessary to complete the process of admission on motion, pursuant to this Court's inherent authority to govern the practice of law in Montana. Rule XI.A, Rules of Admission.

IT IS HEREBY ORDERED that the petition of David M.S. Dewhirst to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

IT IS FURTHER ORDERED that the petition of David M.S. Dewhirst for temporary admission to the State Bar of Montana pending completion of the process of admission on motion is GRANTED. This period of temporary admission is granted for 120 days, during which time Dewhirst must be employed with the Office of the Attorney General, which shall notify this Court if Dewhirst ceases to be employed with that office.

The Clerk of this Court will administer the usual oath and issue a temporary certificate granting Dewhirst permission to practice law not to exceed 120 days from the date of this order, while employed with the Office of the Attorney General.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 8th day of January, 2021.

_____
Chief Justice

_____

2



_____

_____

_____

_____
Justices